IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DENISE K. CHAPMAN, Administratrix
of the Estate of Nathaniel Allen
Chapman, deceased, and JONATHAN
CHAPMAN                                                                                                    PLAINTIFFS

v.                                                   No. 3:10-CV-03109

FORD MOTOR COMPANY                                                                                DEFENDANT

### ORDER

Currently before the Court are Plaintiffs' Motion for Reconsideration of the Court's Order entered November 29, 2011 (Doc. 53) and Defendant's Response (Doc. 54). For the reasons stated herein, Plaintiffs' Motion is **DENIED**.

**I. Discussion**

Plaintiffs are requesting that this Court reconsider its Order of November 29, 2011 (Doc. 51) which denied Plaintiffs' Motion to Alter and Grant Relief to Order Granting Defendant's Motion for Summary Judgment.

The Court's previous orders in this matter speak for themselves. However, to the extent there is any confusion, the Court did not remand this matter to the Circuit Court of Baxter County. The language regarding the state court having the authority to grant Plaintiffs the relief they are seeking concerns the underlying case the Plaintiffs are already pursuing in state court, not the independent action this Court dismissed through summary judgment in its Order of July 19, 2011 (Doc. 46).

**II. Conclusion**

For the foregoing reasons, the Court finds that Motion for Reconsideration of the Court's

Order (Doc. 53) should be, and hereby is, **DENIED**.

    **IT IS SO ORDERED** this 16th day of December, 2011.


    /s/ P. K. Holmes, III
    **P.K. HOLMES, III**
    **UNITED STATES DISTRICT JUDGE**